**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** § | | |
| Plaintiff, § | | |
| § | | |
| V. § | A-21-CR-223 | (LY) |
| § | | |
| **KYLE GEORGE DAVIES,** § | | |
| Defendant. § | | |

### ORDER

Before the Court is Defendant's Motion to Withdraw and Substitute as Attorney of Record ("the Motion") (Dkt. #35) filed on November 19, 2021. On November 30, 2021, the Motion was referred by United States District Judge Lee Yeakel for resolution. Dkt. #43. The Court finds that a hearing on the motion is not necessary.

On November 10, 2021, Supervisory Assistant Federal Public Defender Horatio Aldredge was appointed to represent the Defendant in the above captioned cause. Dkt. #13, #15. By way of the Motion, the Defendant seeks to retain Daniel Dworin, Esq. to represent him in this matter instead. Dkt. #35.

For the reasons stated in the Motion, the Court finds that Defendant's Motion to Withdraw and Substitute as Attorney of Record (Dkt. #35) should be **GRANTED**.

It is **ORDERED** that SAFPD Aldredge is relieved of any further responsibility in this matter except the need to expeditiously transfer his entire file to newly appointed counsel.

This order terminates the aforementioned referral.

SIGNED November 30, 2021.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE